1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4077
5

**FILED**

SEP 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )    MAG. NO.   1:06mj00233 LJO
                                       )
11          Plaintiff,                 )    ORDER UNSEALING COMPLAINT
                                       )
12  v.                                 )
                                       )
13  LUKE SCARMAZZO, et al.,            )
                                       )
14          Defendants.                )
                                       )
15  ────────────────────────────────

16          The United States having applied to this Court, for an order unsealing the complaint in the

17  above-captioned proceedings,

18          IT IS SO ORDERED, that the complaint, previously filed with this Court under seal, shall be

19  unsealed.

20  DATED: September 27, 2006

21                                          Honorable Lawrence J. O'Neill
                                            U.S. Magistrate Judge

22

23

24

25

26

27

28

                                            1