

FILED

OCT 0 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| Plaintiff, ) | (1:06-MG-233 LJO) |
| v. ) | |
| LUKE SCARMAZZO, and ) RICARDO RUIZ MONTES, ) | ORDER STAYING MAGISTRATE'S ORDER RELEASING DEFENDANTS ON BOND PENDING HEARING ON THE GOVERNMENT'S MOTION FOR |
| Defendant. ) | REVOCATION HEARING, AND ORDER SETTING HEARING |

Upon application of the United States Government for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

IT IS FURTHER ORDERED that the hearing on the government's motion be set for ____ _____, 2006 at _____ __.m.

Dated: October  6 , 2006

_____
Honorable

2